UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| PHILLIP PIERRE, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case No. CV 18-23-M-DLC |
| vs. | |
| JAMES SALMONSON, | |
| Respondents. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

Dated this 8th day of June, 2018.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk